# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Case No. | 8:15-cv-00539-WDK-PLA | Date | November 21, 2017 |
|---|---|---|---|
| Title | J & J Sports Productions, Inc. v. Yazmin Diaz etc. | | |

| Present | The Honorable William D. Keller, United States District Judge |
|---|---|

| Cheryl Wynn | None |
|---|---|
| Courtroom Deputy | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers) ORDER TO SHOW CAUSE**

Pursuant to the Mediation Report issued October 26, 2017 (DE [48]), this case was completely settled and counsel were to file a stipulated dismissal by November 15, 2017. The dismissal has not been filed.

Plaintiff's counsel is to file the stipulated dismissal **no later than November 28, 2017,** or notify the Court if settlement is no longer feasible.

**<u>Plaintiff's counsel is ordered to serve this minute order on all defendants within 24 hours from the date of this order.</u>**

IT IS SO ORDERED.

Initials of Preparer      cw